## INDIANA DEPARTMENT OF STATE REVENUE, Appellant, (Respondent Below)

v.

## JOHNSON COUNTY FARM BUREAU COOPERATIVE ASSOCIATION, INC., Appellee, (Petitioner Below).

### No. 49S00–9107–TA–547.

Supreme Court of Indiana.

Feb. 14, 1992.

---

Linley E. Pearson, Atty. Gen., Ted J. Holaday, Deputy Atty. Gen., Indianapolis, for appellant.

Michael J. Rusnak, Peter H. Donahoe, Locke Reynolds Boyd & Weisell, Indianapolis, for appellee.

KRAHULIK, Justice.

The Indiana Department of State Revenue appeals from a decision of the Indiana Tax Court granting Johnson County Farm Bureau Cooperative Association, Inc., a de-

duction for freight-out costs when computing its gross earnings under the Grain Dealer Statutes, *Ind.Code* § 6–2–1–1(q) and *Ind.Code* § 6–2.1–1–5. *Johnson County Farm Bureau Cooperative Assn., Inc. v. The Indiana Department of State Revenue* (1991), Ind.App., 568 N.E.2d 578. A careful review of the record leads us to agree with the Tax Court's conclusion. Because the Tax Court's opinion constitutes a clear, well-reasoned analysis of the law, we affirm, adopt, and incorporate by reference the opinion of the Tax Court. *Indiana Department of State Revenue v. Wechter*, (1990), 553 N.E.2d 844.

SHEPARD, C.J., and DeBRULER, GIVAN and DICKSON, JJ., concur.